BEN DUPRE, Bar No. 231191
2005 De La Cruz Bld., Suite 203
Santa Clara, CA 95050
Tel: 408-727-5377
Fax: 408-727-5310

RONALD WILCOX, Bar No. 176601
1900 The Alameda Ste, 530
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for the Plaintiff
EDWARD HAAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA –

# (SAN FRANCISCO/OAKLAND DIVISION)

| | |
|---|---|
| EDWARD HAAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A., REGIONAL ADJUSTMENT BUREAU, INC., MERIUM DOE, MARIA DOE, PEARL DOE, JAMES DOE, VICTORIA DOE, and DOES 1 through 20, inclusive<br><br>　　　　　Defendants. | Case No.: CV13-01578 KAW<br><br>**STIPULATION TO ARBITRATE and ORDER** |

TO THE COURT, ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:

　　WHEREAS, plaintiff, Edward Haas ("Plaintiff"), on the one hand, and defendants, Citibank N.A. ("Citibank") on the other hand, have agreed to stipulate to an order compelling the instant dispute to binding arbitration before JAMS, San Jose division.

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF, AND CITIBANK, N.A., THROUGH THEIR COUNSEL OF RECORD, THAT:

**STIPULATION TO ARBITRATE and [Proposed] ORDER**

1

1. The instant dispute is compelled to binding arbitration before JAMS pursuant to the terms of the Card Agreement (a copy of which is attached hereto as Exhibit "1").

2. Plaintiff and Citibank shall pay the arbitration fees and costs as required by JAMS.

3. Plaintiff will initiate an arbitration with JAMS within 10 days of this Court's order, and Citibank agrees to pay its portion of any fees as directed by, and in accordance with the rules of, JAMS after Citibank receives notice from JAMS that Plaintiff's arbitration demand has been accepted.

4. The instant action is stayed pending notification of the outcome of the arbitration proceedings.

4. The Court shall retain jurisdiction for the purpose of enforcing this Stipulation and entering judgment upon the award of the arbitrator.

IT IS SO STIPULATED:

| 7/29/13 | /s/Ronald Wilcox |
|---|---|
| Date | Ronald Wilcox, Counsel for Plaintiff |

| 7/29/13 | /s/Marcos Sasso |
|---|---|
| Date | Marcos Sasso, Counsel for Defendant Citibank, N.A. |

## ORDER

The court hereby adopts the stipulation of the parties.

**IT IS SO ORDERED.**

Date: 7/30/13

_Saundra B Armstrong_
U.S. DISTRICT JUDGE

**STIPULATION TO ARBITRATE and [Proposed] ORDER**

2