1  Thomas J. D'Amato - 219174
   David J. Gibson - 272516
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for Defendant
   REGIONAL ADJUSTMENT BUREAU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO/OAKLAND DIVISION)

| | |
|---|---|
| EDWARD HAAS,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., REGIONAL ADJUSTMENT BUREAU, INC., MERIUM DOE, MARIA DOE, PEARL DOE, JAMES DOE, VICTORIA DOE, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: CV13-01578 SBA<br><br>**STIPULATION TO DISMISS THE ACTION AGAINST DEFENDANT REGIONAL ADJUSTMENT BUREAU, INC., WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**Trial Date:  June 9, 2014** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -
STIPULATION TO DISMISS THE ACTION AGAINST DEFENDANT REGIONAL ADJUSTMENT BUREAU, INC., WITH PREJUDICE AND [PROPOSED] ORDER

TO THE HONORABLE SAUNDRA ARMSTRONG, UNITED STATES DISTRICT JUDGE:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Edward Haas and Defendant Regional Adjustment Bureau, Inc. through their counsel of Record, that:

1. The above-captioned action, Case No. CV13-01578 SBA, is voluntarily dismissed, with prejudice, against the Defendant Regional Adjustment Bureau.

2. The parties stipulating here, Plaintiff Edward Haas and Defendant Regional Adjustment Bureau, Inc., shall be responsible for their own costs and attorneys' fees associated with this litigation.

DATED:

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ David J. Gibson
David J. Gibson
Attorneys for Defendant
REGIONAL ADJUSTMENT BUREAU

DATED:

LAW OFFICES OF BEN DUPRE

By /s/ Ben Dupre
Ben Dupre
Attorney for Plaintiff
EDWARD HAAS

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court hereby adopts the stipulation of the parties. |
| 3 | **IT IS SO ORDERED.** |
| 4 | Dated: 10/4/2013 |
| 5 | |
| 6 | |
| 7 | _____<br>HONORABLE SAUNDRA B. ARMSTRONG |
| 8 | |
| 9 | |
| 10 | DJG.20679954_2.doc |

STIPULATION TO DISMISS THE ACTION AGAINST DEFENDANT REGIONAL ADJUSTMENT BUREAU, INC., WITH PREJUDICE AND [PROPOSED] ORDER