1  Thomas J. D'Amato - 219174
   David J. Gibson - 272516
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
4  Fax:    (415) 393-8087

5  Attorneys for Defendant
   REGIONAL ADJUSTMENT BUREAU

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                **(SAN FRANCISCO/OAKLAND DIVISION)**

11 EDWARD HAAS,                                    Case No.: CV13-01578 SBA

12        Plaintiff,                               **STIPULATION TO DISMISS THE ACTION
                                                   AGAINST DEFENDANT REGIONAL
13 v.                                              ADJUSTMENT BUREAU, INC., WITH
                                                   PREJUDICE AND [PROPOSED] ORDER**
14 CITIBANK, N.A., REGIONAL ADJUSTMENT
   BUREAU, INC., MERIUM DOE, MARIA DOE,           **Trial Date:  June 9, 2014**
15 PEARL DOE, JAMES DOE, VICTORIA DOE,
   and DOES 1 through 20, inclusive,
16
17        Defendants.

18

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

- 1 -
STIPULATION TO DISMISS THE ACTION AGAINST DEFENDANT REGIONAL ADJUSTMENT
BUREAU, INC., WITH PREJUDICE AND [PROPOSED] ORDER

1    TO THE HONORABLE SAUNDRA ARMSTRONG, UNITED STATES DISTRICT JUDGE:

2    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Edward Haas and

3 Defendant Regional Adjustment Bureau, Inc. through their counsel of Record, that:

4    1.    The above-captioned action, Case No. CV13-01578 SBA, is voluntarily dismissed, with

5 prejudice, against the Defendant Regional Adjustment Bureau.

6    2.    The parties stipulating here, Plaintiff Edward Haas and Defendant Regional Adjustment

7 Bureau, Inc., shall be responsible for their own costs and attorneys' fees associated with this litigation.

8 DATED:
                                              MURPHY, PEARSON, BRADLEY & FEENEY
9

10

11                                            By /s/ David J. Gibson
                                                 David J. Gibson
                                                 Attorneys for Defendant
12                                               REGIONAL ADJUSTMENT BUREAU

13

14 DATED:
                                              LAW OFFICES OF BEN DUPRE
15

16

17                                            By /s/ Ben Dupre
                                                 Ben Dupre
                                                 Attorney for Plaintiff
18                                               EDWARD HAAS

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS THE ACTION AGAINST DEFENDANT REGIONAL ADJUSTMENT
BUREAU, INC., WITH PREJUDICE AND [PROPOSED] ORDER

## ORDER

The Court hereby adopts the stipulation of the parties.

**IT IS SO ORDERED.**

Dated: 10/4/2013

_____
HONORABLE SAUNDRA B. ARMSTRONG

DJG.20679954_2.doc